UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GEORGE STANLEY ROLAND, III | CIVIL ACTION NO. 06-1757 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN OF DAVID WADE CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED**, and Petitioner's complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 13th day of April, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE